[No. 46152-8-II.   Division Two.   December 8, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. LOUIS GEORGE IHRIG III, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 09-1-00034-4, Robert A. Lewis, J., entered March 18, 2014. *Reversed* and *remanded with instructions* by unpublished opinion per Sutton, J., concurred in by Worswick and Maxa, JJ.

[No. 46227-3-II.   Division Two.   December 8, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DANIEL BERTLING, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-04512-7, Frank E. Cuthbertson, J., entered April 28, 2014. *Remanded* by unpublished opinion per Melnick, J., concurred in by Bjorgen, A.C.J., and Sutton, J.

[No. 46287-7-II.   Division Two.   December 8, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. LOUIS MARCEL PATTERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 14-1-00077-1, Michael H. Evans, J., entered May 6, 2014. *Reversed* and *remanded* by unpublished opinion per Bjorgen, J., concurred in by Johanson, C.J.; Melnick, J., dissenting.

[No. 46434-9-II.   Division Two.   December 8, 2015.]

CHARLES F. SMITH ET AL., *Appellants*, v. LLOYD ROOSEVELT REICH ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Skamania County, No. 12-2-00015-0, Brian P. Altman, J., entered May 15, 2014. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Worswick and Melnick, JJ.